**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **DONALD MILLER,**<br><br>*Petitioner*,<br><br>v.<br><br>**DAVID CLOSE, et al.,**<br><br>*Respondents*. | **Case No. 2:23-cv-00021-JDW** |

**ORDER**

AND NOW, this 27th day of March, 2026, upon consideration of Donald Miller's Petition For Habeas Corpus (as amended) (ECF Nos. 1, 21, 28), the Report And Recommendation of Magistrate Judge Elizabeth T. Hey (ECF No. 34), and Petitioner's Objection To The Magistrate Judge's Report And Recommendation (ECF No. 35), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1.      The Objection (ECF No. 35) is **OVERRULED**;

2.      The Report And Recommendation (ECF No. 34) is **APPROVED** and **ADOPTED**;

3.      The Petition For Habeas Corpus (ECF Nos. 1, 21, 28) is **DISMISSED**;

4.      No Certificate Of Appealability shall issue; and

5.      The Clerk Of Court shall mark this case closed.

2

**BY THE COURT:**

/s/ Joshua D. Wolson

**JOSHUA D. WOLSON, J.**

2